**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM JACKSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-1148** |
| | : | |
| **SGT. EASON,** *et al.*, | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

**AND NOW**, this 26th day of May 2026, upon consideration of Defendants' Partial

Motion to Dismiss (ECF No. 24), and *pro se* Plaintiff William Jackson's response in opposition

thereto (ECF No. 33), it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to **UPDATE** the names of the following

Defendants:

     a.   Change "Co. Rob" to "Corrections Officer Carl Robertson"

     b.   Change "Sgt. Poochi" to "Sergeant Pucci"

     c.   Change "Co. Haley" to "Corrections Officer Hailey"

     d.   Change "Sgt. Rodriguez" to "Corrections Officer Rodriguez"

     e.   Change "Lt. Taylor" to "Corrections Officer Taylor"

     f.   Change "Lt. Stephenson" to "Lieutenant Stephens"

     g.   Change "Facility Manager Joseph Terra" to "Superintendent Joseph Terra"

     h.   Change "Dep. Curtis" to "Deputy Superintendent Kertes"

     i.   Change "RN Rosemary" to "Registered Nurse Rosemarie Joseph"

2.      For the reasons stated in the Court's accompanying Memorandum, Defendants'

Partial Motion to Dismiss (ECF No. 24) is **GRANTED in part and DENIED in part** as

outlined below in Paragraphs 3 and 4.

3.      Defendants' Motion is **GRANTED** as to the following claims, and these claims are **DISMISSED WITH PREJUDICE**:

    a.  All Official Capacity Claims against Defendants

    b.  All Claims against Superintendent Joseph Terra, Deputy Superintendent Kertes, and Corrections Classification and Program Manager John Muick

    c.  Any Claims based on Grievances

    d.  Counts 2, 13, 17, and 19: Failure to Protect Claims

    e.  Counts 3, 5, and 11: State Law Tort Claims

    f.  Count 15: Access to Courts Claims

4.      Defendants' Motion is **DENIED** as to the following claims:

    a.  Count 1: Eighth Amendment Medical Indifference Claims against Sergeant Eason, Corrections Officer Carl Robertson, and Corrections Officer Rouse

    b.  Count 4: Eighth Amendment Medical Indifference Claims against Sergeant Pucci and Corrections Officer Hailey

    c.  Count 7: Eighth Amendment Medical Indifference Claims against Lieutenant Gordon

    d.  Count 8: First Amendment Retaliation Claims against Lieutenant Gordon

    e.  Count 10: First Amendment Retaliation Claims against Corrections Officer Rodriguez, Corrections Officer Taylor, Sergeant Bangert, Lieutenant Stephens, Unit Manager Fedder, and Sergeant Terra

    f.  Count 14: First Amendment Retaliation Claims against Corrections Officer Hopson, Corrections Officer Taylor, Lieutenant Stephens, Unit Manager Fedder, and Sergeant Bangert

g.  Count 16: Eighth Amendment Medical Indifference Claims against Lieutenant Stephens and Unit Manager Fedder

h.  Count 18: Eighth Amendment Medical Indifference Claims against Registered Nurse Rosemarie Joseph

i.  Count 20: First Amendment Retaliation Claims against Corrections Officer Kalb

j.  Count 21: First Amendment Retaliation Claims against Sergeant Bangert

5.  The Clerk of Court is **DIRECTED** to **TERMINATE** Lieutenant Aguliar, Major Mascellino, Deputy Hensley, Superintendent Terra, Deputy Superintendent Kertes, and Corrections Classification and Program Manager Muick as defendants.

6.  Defendants Sergeant Eason, Corrections Officer Robertson, Corrections Officer Rouse, Sergeant Pucci, Corrections Officer Hailey, Lieutenant Gordon, Corrections Officer Rodriguez, Corrections Officer Taylor, Sergeant Bangert, Lieutenant Stephens, Unit Manager Fedder, Sergeant Terra, Corrections Officer Kalb, Corrections Officer Hopson, and Registered Nurse Joseph **SHALL FILE** a responsive pleading as to the remaining claims[1] against them in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, J.**

---

[1] In addition to the claims listed in paragraph 4, the claims alleged in Counts 6, 9, and 12 also remain pending.  The Court recognizes Jane Doe Nurses 1 and 2 are the only defendants named in Count 6 and have not yet been identified or served.  Jackson is reminded it is his obligation to identify all Doe Defendants during discovery, so they can be served.  If he can successfully identify these Defendants, he shall file a motion to substitute their names.